BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00258 MCE |
|---|---|
| Plaintiff, | **REQUEST FOR UNSEALING OF INDICTMENT AND ORDER** |
| v. | |
| WILLIAM E. BROCK, IV, and WILLIAM C. CALVERT, | |
| Defendants. | |

TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On July 19, 2012, the Honorable Carolyn K. Delaney issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. As of today, July 26, 2012, agents of the United States have arrested defendant William E. Brock, IV. Additionally, defendant William C. Calvert has agreed to voluntarily surrender to the United States Marshals on July 31, 2012. It is now necessary to unseal the indictment so that the defendants may be fully apprised of the charges against them.

Petition to Unseal Indictment and [Proposed] Order

1

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: July 26, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorneys
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 Attorneys for UNITED STATES OF AMERICA

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00258 MCE |
|---|---|
| Plaintiff, | **ORDER UNSEALING INDICTMENT** |
| v. | |
| WILLIAM E. BROCK, IV, and WILLIAM C. CALVERT, | |
| Defendants. | |

The Court hereby orders that the Indictment in Case No. 2:12-cr-00258 MCE, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: July 26, 2012

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge