SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415-986-5591
Facsimile: 415-421-1331

Attorney for Defendant
WILLIAM BROCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,        CR 12-0258 MCE

  v.                      PRO HAC VICE APPLICATION,
                         ECF REGISTRATION AND CONSENT
WILLIAM BROCK,        TO ELECTRONIC SERVICE;
                         ORDER THEREON

    Defendant.
_____/

    I, MICHAEL D. ETTINGER, an attorney licensed in the State of Illinois and the federal District Court for the Northern District of Illinois, by and through local counsel SARA ZALKIN, hereby petition for admission to practice *pro hac vice* on behalf of defendant WILLIAM BROCK under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

    In support of this petition, I state under penalty of perjury that:

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

My business address is:

    Law Office of Michael D. Ettinger
    12413 S. Harlem Avenue, Suite 203
    Palos Heights IL 60463

    Voice Phone: (708) 923-0368
    FAX Phone: (708) 923-0386

    Internet E-mail: craignor1@gmail.com
    (no additional e-mail)

I reside in Northbrook, Illinois.

I was admitted to practice in the Supreme Court of the State of Illinois on November 16, 1970. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a *pro hac vice* application to this court.

I have been admitted to the practice in the following jurisdictions:

1. State of Illinois, admitted November 16, 1970. United States District Court, Northern District of Illinois, admitted January 20, 1971.

2. Sixth Circuit Court of Appeals, admitted March 22, 1993.

3. United States District Court for the Central District of Illinois, admitted February 6, 2002.

4. United States District Court for the Western District of Michigan, admitted July 15, 1993.

5. United States District Court for the Eastern District of Michigan, admitted October 30, 1991.

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

6.   United States District Court for the Eastern District of Wisconsin, admitted February 27, 2004.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

>     Sara Zalkin
>     Law Office of Sara Zalkin
>     506 Broadway
>     San Francisco CA 94133
>     Telephone: (415) 986-5591
>     Fax: (415) 421-1331
>     E-mail: sara@pier5law.com

Dated: September 14, 2012

/s/ MICHAEL D. ETTINGER
MICHAEL D. ETTINGER

**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE