```
 1  LINDA M. PARISI
    LAW OFFICES OF WING & PARISI
 2  1101 E Street
    Sacramento, CA  95814
 3  Telephone:  (916) 441-4888
    Facsimile:  (916) 441-1575
 4
 5  Attorneys for William Calvert
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        CASE NO. 2:12-CR-0258 MCE
12                    Plaintiff,     STIPULATION REGARDING
                                     EXCLUDABLE TIME PERIODS
13  v.                               UNDER SPEEDY TRIAL ACT;
                                     FINDINGS AND ORDER THEREON
14  William Calvert, et al.,
15                    Defendant.
16
```

17      Defendant William Calvert, by and through his counsel of record, and plaintiff, by and
18  through its counsel of hereby stipulate as follows:
19      1.    By previous order, this matter was set for status on October 25, 2012.
20      2.    By this stipulation, defendant now moves to continue the status conference until
21  December 13, 2012, at 9:00 a.m. and to exclude time between October 25, 2012 and December 12,
22  2012 under Local Code T4.  The United States does not oppose this request.
23      3.    The parties agree and stipulate, and request that the Court find the following:
24          a.    The United States has represented that the discovery associated with this case
25  includes investigative reports and related documents.
26          b.    Counsel for Calvert needs additional time to consult, to review discovery, and
27  to discuss potential resolutions, including setting the matter for trial.
28

                                        1

c. Counsel for defendant Calvert believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States does not object to the continuance.

e. All counsel agree to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 25, 2012 to December 12, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/_____
                                TODD A. PICKLES
                                Assistant U.S. Attorney

                                For the United States


Dated: October 23, 2012         LAW OFFICES OF WING & PARISI

                          By:   /s/_____
                                LINDA PARISI, Esq.

                                For the Defendant William Calvert

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Dated: October 23, 2012                     LAW OFFICES OF Sarah Ann Zalkin

                                            By:  /s/_____
                                                 Sarah Ann Zalkin, Esq.

                                            For the Defendant Wililam Brock


Dated: October 23, 2012                     Abramson and Smith

                                            By:  /s/_____
                                                 Michael Ettinger, Esq.

                                            For the Defendant William Brock


# **O R D E R**

Pursuant to the foregoing stipulation of counsel, IT IS SO FOUND AND ORDERED . The status conference previously set for October 25, 2012 in this matter is continued to December 13, 2012 at 9:00 a.m. in Courtroom No. 7. Time is excluded for the reasons and the duration as set forth in paragraph 3g, above.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE