LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR: William Calvert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br><br>v.<br><br>WILLIAM CALVERT,<br>                 Defendant, | Case No. 2:12-cr-258 MCE<br><br><br>STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE CONDITIONS |

      Plaintiff, United States of America, by its counsel, Assistant United States Attorney Todd A.Pickles , and defendant WILLIAM CALVERT, by his attorney, Linda M. Parisi, hereby stipulate and agree to the following amendments to the previously filed Pretrial Conditions of Release:

      Mr. Calvert is currently on Pretrial Release Conditions that require that he not leave the State of California. Mr. Calvert's cousin, Justin Hasty, was killed in Mobile,Alabama on Sunday, October 28, 2012. Mr. Calvert requests the Court to amend his Pretrial Release Conditions to allow him to leave the State of California on

/ / /

1

November 2, 2012 and travel to Alabama and return to California by November 12, 2012.

The aforementioned change is the only requested amendment to the Pretrial Conditions of Release.

Mr. Calvert's Pretrial Release Officer is Allen Lew and he is aware of the circumstances and would approve the trip.

This information has been reviewed and accepted by US Attorney Todd Pickles and he has no opposition to the suggested amendment to the Pretrial Release Conditions.

Dated: October 31, 2012

                                              Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for William Calvert


/s/ Todd Pickles by e-mail authorization
_____
Todd Pickles
Assistant U.S. Attorney
Todd.Pickles@usdoj.gov

/ / /

LAW OFFICES OF /ING & PARISI, A.P.C. SACRAMENTO, CA.

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Pretrial Conditions of Release will amend to allow Mr. William Calvert to leave the State of California on November 2, 2012 and travel to the State of Alabama and return to the State of California by November 12, 2012.

FURTHER, IT IS ORDERED THAT: all other Pretrial Conditions of Release will remain.

Dated: November 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

/ / /