1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  2:12-CR-00258 MCE
12 |                Plaintiff,         | **REQUEST TO FILE SUR-REPLY TO DEFENDANT CALVERT'S REPLY; ORDER**
13 |           v.                      |
14 | WILLIAM BROCK, and                |
   | WILLIAM CALVERT,                  |
15 |                Defendants.        |

16

17     The United States of America hereby requests leave of Court to file a sur-reply to Defendant

18 William Calvert's Reply to the Government [Dckt. No. 53], a true and correct copy of the sur-reply is

19 attached hereto.  By previous order, any motions to suppress were due on February 4, 2013, with the

20 opposition by the United States due on March 25, 2013, and replies, if any, on April 15, 2013 [Dckt.

21 41].  The date set for a hearing on motions is May 9, 2013.

22     On January 31, 2013, defendant William Brock filed his motion to quash and to suppress

23 [Dckt. No. 42-5].  The parties stipulated to Brock filing his second motion to suppress, styled motion

24 to traverse and to suppress, by February 11, 2013 [Dckt. No. 48].  On that date, Brock filed his motion

25 to traverse [Dckt. No. 46].  The same day, defendant Calvert filed a Motion to Traverse and Suppress

26 that identified Brock's motion to traverse and indicated Calvert's intention to "join in the

27 aforementioned Motion and the Points and Authorities filed in support thereof." [Dckt. No. 45.]  No

28 additional argument was presented by Calvert in his motion.

                                                    1

| | |
|---|---|
| 1 | The United States filed its opposition to Brock's motions to suppress on March 25, 2013 |
| 2 | [Dckt. No. 49]. Therein, the United States noted that Calvert had not raised any separate arguments |
| 3 | relating to the search of his van pursuant to a search warrant issued by the California Superior Court. |
| 4 | Thereafter, on April 12, 2013, Brock filed his reply brief [Dckt. No. 52], and on April 15, 2013, |
| 5 | Calvert filed a separate eight-page reply brief [Dckt. No. 53]. In his reply, Calvert makes substantial |
| 6 | new argument about the search of his van that was not included in Brock's motion in which Calvert |
| 7 | joined. Because Calvert raises new arguments in reply, and because the United States has not had the |
| 8 | opportunity to respond to these arguments, the United States respectfully requests leave of Court to |
| 9 | file a sur-reply. The United States reserves the right to make further arguments at the hearing on May |
| 10 | 9, 2013, as permitted by the Court. |

Respectfully submitted,

DATED: April 24, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

**ORDER**

For the reasons stated above, and for good cause showing, the United States's Request to File Sur-Reply to Defendant Calvert's Reply to Government is GRANTED. The United States is permitted to file its Sur-Reply, a copy of which was attached to its Request.

IT IS SO ORDERED.

DATE: April 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT