BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00258 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIAM BROCK, and WILLIAM CALVER, | [18 U.S.C. § 3161] |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter came before the Court on July 18, 2013, for a status hearing and a hearing on defendants' motions to quash and to traverse the search warrants. Defendants were present and counsel for defendant Brock specially appeared for defendant Calvert. The Court denied defendant Brock's motions to quash and to traverse. The matter was set for a further status hearing on August 15, 2013. Defendant Calvert was ordered to personally appear.

2. By this stipulation, defendants now move to exclude time between July 18, 2013 and August 15, 2013 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation Regarding Excludable Time     1

a) The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form as well as audio recordings number 240 pages. This entire discovery has been produced directly to counsel.

b) Counsel for defendants desire additional time to consult with their clients and to discuss potential resolutions with their clients, and to review discovery for those purposes.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2013 to August 15, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation Regarding Excludable Time          2

IT IS SO STIPULATED.

Dated: July 18, 2013                          BENJAMIN B. WAGNER
                                              United States Attorney


                                              */s/ Todd A. Pickles*
                                              TODD A. PICKLES
                                              Assistant United States Attorney


Dated: July 19, 2013                          */s/ Todd A. Pickles for*
                                              SARA ZALKIN, ESQ.

                                              Counsel for Defendant William Brock


Dated: July 19, 2013                          LAW OFFICES OF PARISI AND WING

                                              */s/ Todd A. Pickles for*
                                              LINDA PARISI, ESQ.

                                              Counsel for Defendant William Calvert


## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation Regarding Excludable Time            3