BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM BROCK,<br><br>                Defendant. | CASE NO. 2:12-CR-00258 MCE<br><br>UNOPPOSED REQUEST TO CONTINUE DATES FOR TRIAL FILINGS; ORDER |

      TO THIS HONORABLE COURT, the United States of America hereby requests, for the foregoing reasons, that the Court continue the dates for filing the trial brief, jury instructions, voir dire, verdict form, witness list and exhibit lists.

      1.     This matter came before the Court on September 26, 2013 to confirm the matter for trial as to defendant William Brock on October 28, 2013. At the trial confirmation hearing, the Court set October 21, 2013 as the deadline for filing the following trial-related documents: trial brief, witness list, exhibit list, jury instructions, voir dire and the verdict form.

      2.     Thereafter, by minute order the trial was continued to November 4, 2013.

      3.     Counsel for the United States is currently in trial and proposes to continue the dates for the above-referenced trial filings to October 28, 2013 in light of the new trial date.

      4.     Counsel for the United States has conferred with counsel for defendant Brock, who has graciously not opposed this request.

1

5. The United States has filed its opposition to defendant's motion in limine in accordance with the schedule set on September 26, 2013, and does not request that the dates attendant to motions in limine be continued.

Respectfully submitted.

Dated: October 14, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

## ORDER

For the reasons stated in the United States's unopposed request to continue dates for trial filings, the Court GRANTS the request. The deadline for filing the trial brief, proposed jury instructions, voir dire, witness list, exhibit list, and verdict form is CONTINUED to October 28, 2013.

IT IS SO ORDERED.

Dated: October 17, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT